```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

COY PHELPS,                      )
     Plaintiff,                  )
                                 )
     v.                          )   C.A. No.  10-11591-MLW
                                 )
UNITED STATES OF AMERICA,        )
et al.                           )
     Defendants.                 )
```

                              ORDER

WOLF, D.J.                                         October 4, 2010

    Plaintiff Coy Phelps has moved for appointment of counsel. Although there is no constitutional right to appointment of counsel in a civil case, the court has discretion to appoint counsel for an indigent litigant in appropriate circumstances.  See 28 U.S.C. §1915; DesRosiers v. Moran, 949 F.2d 15, 23 (1st Cir. 1991); Cookish v. Cunningham, 787 F.2d 1, 2 (1st Cir. 1986).  Phelps is not proceeding in forma pauperis, nor has he presented evidence that he is indigent.  He has not, therefore, demonstrated that he is eligible for appointed counsel.

    Phelps has also moved for a temporary restraining order requiring that the Bureau of Prisons test Phelps for drug use by taking a blood sample rather than a urine sample.  Phelps does not specifically request that the order issue without notice to the defendants pursuant to Federal Rule of Civil Procedure 65(b) and has failed to satisfy the requirements of Rule 65(b)(1)(A)-(B) in any event.  Accordingly, the court will decide this motion after

defendants have had notice and an opportunity to respond.

Accordingly, it is hereby ORDERED that:

1. Phelp's Motion for Appointment of Counsel (Docket No. 6) is DENIED without prejudice to renewal if Phelps presents evidence that he is indigent.

2. The court will defer deciding Phelp's Emergency Motion for Temporary Restraining Order (Docket No. 4) until defendants have had notice and an opportunity to respond.

       /s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE